**IN THE UNITED STATES DISTRIST COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CARDINAL BUILDING MATERIALS, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:20-cv-963** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **AMERISURE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**Joint Notice of Stipulation of Dismissal With Prejudice**

It is stipulated and agreed by and between the respective parties hereto that the above cause may be dismissed with prejudice, and each party is to bear their own costs and attorneys fees.

Respectfully submitted,

**KNIGHT NICASTRO MACKAY**

*/s/ Jonahtan B. Morrow*
Jonathan B. Morrow, #MO58661
Aaron W. Freeman #MO72805
319 N 4th Street, Suite 300
St. Louis, MO 63102
(314) 690-4757 (Phone)
(816) 396-6233 (Fax)
jmorrow@knightnicastro.com
freeman@knightnicastro.com
***Attorneys for Defendant Amerisure***

*/s/ Matthew Vianello*
Matthew Vianello, #MO63303
Jacobson Press, P.C.
222. S. Central Ave., Suite 550
Clayton, Missouri 63105
(314) 899-9789
(314) 899-0282
Vianello@ArchCityLawyers.com

*/s/ Jason A. Herman*
Jason A. Herman, Pro Hac Vice
HERMAN & WELLS, P.A.
5701 Park Blvd. N.
Pinellas Park, FL 33781
727-821-2195 (phone)
877-395-1574 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2026, the foregoing was electronically filed and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jonathan B. Morrow*